United States Bankruptcy Court
Middle District of Florida

In re:
Thomas D Udo
Keri L Udo
Debtors

Case No. 16-07508-CCJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: lmelanie Page 1 of 2 Date Rcvd: Feb 24, 2017
Form ID: B18J Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.

| | | |
|---|---|---|
| db/jdb | +Thomas D Udo, Keri L Udo, 2555 St Anthony's Street, Titusville, FL 32780-6756 |
| cr | Nasa Federal Credit Union c/o David M. Landis, Esq, Mateer Harbert, P.A., PO Box 2834, Orlando, FL 32802-2854 |
| 26607510 | +Abacus Technology Corp, 5404 Wisconsin Avenue, Suite 1100, Chevy Chase, MD 20815-6909 |
| 26607511 | +Aes/nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 26607512 | +Badcock, 21 E Main Street, Titusville, FL 32796-3592 |
| 26607515 | +Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 26607516 | +Belden/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 26607522 | DirectTV, PO Box 105261, Atlanta, GA 30348-5261 |
| 26607523 | +James N Willis, 4641 South Friday Circle, Cocoa, FL 32926-3403 |
| 26607524 | +Marinr Finc, 8211 Town Center D, Nottingham, MD 21236-5904 |
| 26607525 | +Nasa Federal Credit Un, 500 Prince Georges Blvd, Upper Marlboro, MD 20774-8732 |
| 26607526 | +Rolfe & Robello, PA, 233 East Bay Street, Suite 720, Jacksonville, FL 32202-3448 |
| 26614859 | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 26607534 | +Visa Dept Store Natl Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 26607535 | Wells Fargo Hm Mortgag, 7255 Baymeadows Way, Des Moines, IA 50306 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| 26607513 | +EDI: BANKAMER.COM Feb 24 2017 22:58:00 Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 26607514 | +EDI: TSYS2.COM Feb 24 2017 22:58:00 Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 26607536 | E-mail/Text: bknotify@brevardtaxcollector.com Feb 24 2017 23:04:50 Brevard County Tax Collector, Attn: Honorable Lisa Cullen, CFC, Post Office Box 2500, Titusville FL 32781-2500 |
| 26607517 | +EDI: CAPITALONE.COM Feb 24 2017 22:58:00 Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 26607518 | +EDI: WFNNB.COM Feb 24 2017 22:58:00 Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 26607519 | +EDI: WFNNB.COM Feb 24 2017 22:58:00 Comenitycapital/petlnd, 4590 E Broad St, Columbus, OH 43213-1301 |
| 26607520 | +EDI: CRFRSTNA.COM Feb 24 2017 22:58:00 Credit First/CFNA, Bk13 Credit Operations, Po Box 818011, Cleveland, OH 44181-8011 |
| 26607521 | +E-mail/Text: electronicbkydocs@nelnet.net Feb 24 2017 23:05:52 Dept Of Ed/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 26607537 | EDI: FLDEPREV.COM Feb 24 2017 22:58:00 Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 26607538 | EDI: IRS.COM Feb 24 2017 22:58:00 Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 26607527 | +E-mail/Text: collbknotices@sccu.com Feb 24 2017 23:05:48 Space Coast Credit Uni, 8045 N Wickham Rd, Melbourne, FL 32940-7920 |
| 26607528 | +EDI: AGFINANCE.COM Feb 24 2017 22:58:00 Springleaf Financial S, 3815 N Us Highway 1 Ste, Cocoa, FL 32926-5931 |
| 26607529 | +EDI: RMSC.COM Feb 24 2017 22:58:00 Synchrony Bank/ JC Penneys, Po Box 965064, Orlando, FL 32896-5064 |
| 26607530 | +EDI: RMSC.COM Feb 24 2017 22:58:00 Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 26607531 | +EDI: RMSC.COM Feb 24 2017 22:58:00 Synchrony Bank/Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 26607532 | +EDI: RMSC.COM Feb 24 2017 22:58:00 Synchrony Bank/PayPal Cr, Po Box 965064, Orlando, FL 32896-5064 |
| 26607533 | +EDI: RMSC.COM Feb 24 2017 22:58:00 Synchrony Bank/Walmart, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 17

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:

David M Landis on behalf of Creditor Nasa Federal Credit Union c/o David M. Landis, Esq. dlandis@mateerharbert.com, vbernal@mateerharbert.com
Leigh R Meininger court@meiningerlaw.com, lmeininger@ecf.epiqsystems.com
Roy A Praver on behalf of Joint Debtor Keri L Udo praveroffice@gmail.com, rpraver@praverlaw.net
Roy A Praver on behalf of Debtor Thomas D Udo praveroffice@gmail.com, rpraver@praverlaw.net
United States Trustee - ORL7/13 USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 5

**B18J(Form 18J) (08/07)**

# United States Bankruptcy Court

Middle District of Florida

**Case No. 6:16−bk−07508−CCJ**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas D Udo<br>2555 St Anthony's Street<br>Titusville, FL 32780 | Keri L Udo<br>2555 St Anthony's Street<br>Titusville, FL 32780 |

Social Security No.:

| | |
|---|---|
| xxx−xx−3485 | xxx−xx−0219 |

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: February 24, 2017

Cynthia C. Jackson
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**